IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| COREY CRAWFORD, | ) |
| Plaintiff, | ) Case No. 3:11-cv-00480 |
| | ) Judge Nixon |
| v. | ) Magistrate Judge Knowles |
| MICHAEL J. ASTRUE,<br>Commissioner of Social Security, | ) |
| Defendant. | ) |

## ORDER

Before the Court is Plaintiff Corey Crawford's Social Security Complaint, which was filed on May 19, 2011. (Doc. No. 1.) Defendant Commissioner of Social Security filed an Answer on August 9, 2011. (Doc. No. 11.) On August 15, 2011, Magistrate Judge Knowles issued an Order directing Plaintiff to file a Motion for Judgment on the Administrative Record within thirty days of the Order's entry. (Doc. No. 13.) Plaintiff did not file a Motion for Judgment on the Administrative Record, thereby failing to comply with Magistrate Judge Knowles's August 15, 2011 Order.

Consequently, Defendant filed a Motion for Order to Show Cause Why This Complaint Should Not Be Dismissed Pursuant to Rule 41(b), Federal Rules of Civil Procedure. (Doc. No. 16.) On October 27, 2011, Magistrate Judge Knowles entered an Order requiring that Plaintiff file a Response within twenty days of the Order's entry explaining why he had failed to comply with his Order dated August 15, 2011. (Doc. No. 17.) Magistrate Judge Knowles's October 27, 2011 Order stated, "If Plaintiff fails to do so, the undersigned will recommend that this action be dismissed." (*Id.*) Plaintiff has not yet filed the Response required by Magistrate Judge Knowles's October 27, 2011 Order.

Magistrate Judge Knowles subsequently issued a Report and Recommendation ("Report") recommending that the action be dismissed with prejudice. (Doc. No. 20.) The Report was filed on November 29, 2011, and it provided a period of fourteen days in which either party could file objections. (*Id.*) Neither party has filed an objection to date.

Upon review of this matter, the Court finds the Report to be well-founded and **ADOPTS** it in its entirety. Accordingly, Plaintiff's Complaint is **DISMISSED with prejudice**.

It is so ORDERED.

Entered this \_\_\_\_17\_\_\_\_ day of January, 2012.

JOHN T. NIXON, SENIOR JUDGE
UNITED STATES DISTRICT COURT